

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-21-00204-CV

**IN RE** Leah Ann **DILL**, D.O. and Nitya Surgical Association, PLLC, Relators

Original Proceeding[1]

PER CURIAM

Sitting:  Luz Elena D. Chapa, Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

Delivered and Filed: June 2, 2021

DISMISSED

Relators have filed an unopposed motion to withdraw their petition for writ of mandamus. We grant the motion and dismiss this original proceeding. As requested by the motion, costs are taxed against the party incurring the same.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2018CI15801 pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.